

**MEMO ENDORSED**

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | Katherine J. Weall<br>*Senior Counsel*<br>phone: (212) 356-5055<br>mobile: (646) 370-0051<br>kweall@law.nyc.gov |

October 5, 2021

**SO ORDERED:**

Application GRANTED. The Initial Case Management Conference is rescheduled to **November 10, 2021 at 10:00 a.m.** Proposed scheduling orders are due November 3, 2021.

_____
**Ona T. Wang**          10/6/21
United States Magistrate Judge

<u>VIA ECF</u>
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Barbara Fernandez et al. v. City of New York, et al.</u>
    <u>21-CV-680 (ALC) (OTW)</u>

Your Honor:

I am the Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to represent defendants in this matter. Defendants write to respectfully request an adjournment of the Initial Pre-trial Conference currently scheduled for November 2, 2021 at 12:30 p.m. due to a scheduling conflict. The Law Departments offices are closed on November 2nd for election day. This is defendants' first request for an adjournment of the conference, and it is not expected to interfere with any deadlines in the case. Plaintiff's counsel consents to the adjournment.

The parties are both available for a conference on November 4th, 5th, 8th, 9th, 10th or 12th after 12 p.m. each day, or at another time convenient to the Court.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Katherine J. Weall*

Katherine J. Weall
*Senior Counsel*
Special Federal Litigation Division

cc:   P. Jenny Marashi, Esq. (Via ECF)