**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BARBARA FERNANDEZ, et al.,

                Plaintiff,

     -against-

CITY OF NEW YORK, et al.,

                Defendant.

------------------------------------------------------------x

No. 21-CV-680 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 23. The case is STAYED in light of Defendant Lorenzo-Rivera's military leave until **February 7, 2021.** *See* 50 U.S.C.S. § 3932. The in-person initial case management conference scheduled for November 23, 2021 is adjourned to **Wednesday, February 16, 2022 at 10:00 am in Courtroom 20D, 500 Pearl Street, New York NY 10007**.

The Clerk of Court is respectfully directed to STAY the case until February 7, 2021, and close ECF 23 and ECF 25.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated: November 18, 2021                          **Ona T. Wang**
      New York, New York                   United States Magistrate Judge