**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
BARBARA FERNANDEZ, et al., :
:
               Plaintiff, :        21-CV-680 (ALC) (OTW)
:
    -against- :        **ORDER**
:
CITY OF NEW YORK, et al., :
:
               Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The in-person Status Conference on **January 31, 2023**, in Courtroom 20D, 500 Pearl Street, New York, NY 10007 will be at **12:00 p.m.** (*See* ECF 49).

**SO ORDERED.**

Dated: January 3, 2023
      New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                       United States Magistrate Judge