UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
          :
BARBARA FERNANDEZ, et al.,        :
          :
        Plaintiff,     :     21-CV-680 (ALC) (OTW)
          :
     -against-     :     **ORDER**
          :
CITY OF NEW YORK, et al.,        :
          :
        Defendant.   :
          :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held an in-person Status Conference on January 31, 2023. As discussed at the conference, the parties are directed to meet and confer to resolve the discussed discovery disputes by **March 2, 2023**. If the parties are unable to resolve the discovery disputes, Defendant's motion for a protective order is due **March 3, 2023**. Plaintiff's opposition is due **March 17, 2023**. Defendant is not to file a reply. If, instead, the parties have resolved the discovery disputes, the parties are directed to file a joint status letter by **March 17, 2023**, on what has been resolved and how. The deadline for the completion of all fact discovery is extended from January 31, 2023, to **March 31, 2023**. (ECF 49).

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: January 31, 2023                                    **Ona T. Wang**
      New York, New York                      United States Magistrate Judge