**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BARBARA FERNANDEZ, et al.,

                      Plaintiff,                      21-CV-680 (ALC) (OTW)

            -against-                        **ORDER**

CITY OF NEW YORK, et al.,

                      Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties' joint motion for an extension of the deadline to file the protective order is **GRANTED**. (ECF 56). The deadline for Defendant to file their motion for a protective order is extended from March 3, 2023, to **March 10, 2023**. Plaintiff's opposition is due **March 24, 2023**. Defendant is not to file a reply. Defendant has withdrawn their motion for leave to file excess pages. (ECF 55, 56).

The Clerk of Court is respectfully directed to close ECF 55 and 56.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: March 3, 2023                                    **Ona T. Wang**
       New York, New York                       United States Magistrate Judge