**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BARBARA FERNANDEZ, et al.,

               Plaintiff,           21-CV-680 (ALC) (OTW)

      -against-                **ORDER**

CITY OF NEW YORK, et al.,

               Defendant.

---

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 59 and 66. The parties shall file by **March 27, 2023,** the proposed Order on Plaintiffs' consent to Defendant's request as described in ECF 66.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: March 15, 2023                               **Ona T. Wang**
       New York, New York                 United States Magistrate Judge