UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BARBARA FERNANDEZ, on her own behalf and on behalf of her infant children Z.F., E.F., and I.O.,

                               Plaintiffs,

                         -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") OFFICER JEREMY LORENZORIVERA (Shield No. 13443), NYPD OFFICER JOHN DOES 1-10, ADMINISTRATION FOR CHILDREN'S SERVICES SUPERVISOR SHAWNEEQUA LUGO, and ADMINISTRATION FOR CHILDREN'S SERVICES JOHN DOES 1-10,

                               Defendants.
------------------------------------------------------------------------ x

**ORDER TO PRODUCE DOCUMENTS**

21 Civ. 680 (ALC)(OTW)

**HONORABLE ONA T. WANG**
**UNITED STATES MAGISTRATE JUDGE:**

      **WHEREAS,** Plaintiff Barbara Fernandez has signed a release for certain school records on behalf of plaintiff Z.F., who is a minor, to be produced to defendants; and

      **WHEREAS,** Defendants served a subpoena for these records on plaintiff Z.F.'s former school, Kappa III; and

      **WHEREAS,** the school requires a Court Order to produce said documents; and

      **WHEREAS,** defendants request that this Court order the following:

      **IT IS HEREBY ORDERED** that the Principal or other official in charge of Kappa III, 2055 Mapes Avenue, Bronx, NY 10460, produce the following documents to defendants at the New York City Law Department, 100 Church Street, New York, NY 10007 no later than **April 10, 2023**:

- Psychological/psychiatric records, specifically to include any statements made to a counselor and/or teacher by the child Z.F. between March 1, 2019 – March 27, 2019 that resulted in police being called to respond to the school;

- 2 -

- Physical exam records of the child Z.F. from March 1, 2019 – March 27, 2019;
- Medical/nurse records of the child Z.F. from March 1, 2019 – March 27, 2019; and/or
- Any doctor's notes related to the child Z.F. from March 1, 2019 – March 27, 2019.

**IT IS HEREBY FURTHER ORDERED** that these documents be marked "Attorneys' Eyes Only."

Dated: March 28, 2023
      **New York, New York**

**SO ORDERED.**

_____
**HON. ONA T. WANG**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Barbara Fernandez et al.,

                                    Plaintiffs,

-against-

City of New York et al.,

                                  Defendants
-----------------------------------------------------------------x

**RELEASE FOR SCHOOL RECORDS**

21-cv-680 (ALC)(OTW)

TO: _Kappalli 2055 Mapes Ave Bx NY 10460_
      NAME OF SCHOOL

**YOU ARE HEREBY AUTHORIZED** to furnish to the HON. SYLVIA O. HINDS-RADIX, Corporation Counsel of the City of New York, attorney for the defendant(s) in the above-captioned case, or to her authorized representative, a **CERTIFIED COPY** of the following documents from the school record of Zoe Fernandez (Date of Birth: _12/10/2005_; Student ID #_____):

- Psychological/psychiatric records, specifically to include any statements made to a counselor and/or teacher on or about March 1-March 27, 2019 that resulted in police being called to respond to the school;
- Physical exam records from March 1-March 27, 2019;
- Medical/nurse records from March 1- March 27, 2019; and/or
- Any doctors' notes related to such person from March 1- March 27, 2019.

Dated: New York, New York
       _March, 17th_, 2023

                                               _____
                                               BARBARA FERNANDEZ, on behalf of
                                               ZOE FERNANDEZ, an infant

STATE OF NEW YORK         )
                                    : SS:
COUNTY OF _Bronx_     )

On the _17th_ day of _March_, 2023, before me personally came and appeared BARBARA FERNANDEZ, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

                                               _____
                                             NOTARY PUBLIC

*[Notary seal: PABLO V CHIRINOS, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Bronx, 01CH6392435, MY COMMISSION EXPIRES 05/28/2023]*