**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BARBARA FERNANDEZ, et al.,

                Plaintiff,                    21-CV-680 (ALC) (OTW)

        -against-                       **ORDER**

CITY OF NEW YORK, et al.,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Defendant filed their motion for a protective order on April 26, 2023. (ECF 76). Plaintiff's opposition is due **May 11, 2023**. Defendant is not to file a reply.

**SO ORDERED.**

Dated: April 27, 2023                             _s/ Ona T. Wang_
New York, New York                          **Ona T. Wang**
                                                 United States Magistrate Judge