UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BARBARA FERNANDEZ,

                        Plaintiff,                        21-CV-680 (ALC) (OTW)

      -against-                                    **ORDER**

CITY OF NEW YORK, et al.,

                       Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

       The Court is in receipt of ECF 80. The parties' joint motion to extend the deadline for fact discovery is **GRANTED**. The deadline for the completion of fact discovery is extended *nunc pro tunc* from May 26, 2023, to **July 26, 2023**. The post-discovery status conference scheduled for May 31, 2023, is **ADJOURNED sine die**. The parties are directed to include in their next joint monthly status letter a proposed briefing schedule for Plaintiff's anticipated motion to amend the complaint under Fed. R. Civ. P. 15(a)(2).

       The Clerk of Court is respectfully directed to close ECF 80.

**SO ORDERED.**

                                                         *s/ Ona T. Wang*

Dated: May 30, 2023                                   **Ona T. Wang**
      New York, New York                    United States Magistrate Judge