**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
BARBARA FERNANDEZ, et al.,

                Plaintiffs,                        21-CV-680 (JGLC) (OTW)

       -against-                             **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a Pre-Settlement Conference Call on **Wednesday, September 25, 2024 at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

SO ORDERED.

*s/ Ona T. Wang*
Dated: September 3, 2024                                     **Ona T. Wang**
      New York, New York                        United States Magistrate Judge