**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BARBARA FERNANDEZ,

          Plaintiff,

          -against-

CITY OF NEW YORK., et al.,

          Defendants.

---

21-CV-0680 (JGLC) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The PreSettlement Conference scheduled for Tuesday, October 1, 2024 at 3:30 p.m. is hereby **ADJOURNED sine die**. The September 25, 2024, PreSettlement Conference will go forward.

        **SO ORDERED.**

Dated: September 13, 2024
       New York, New York

                                        _s/ Ona T. Wang_
                                        **Ona T. Wang**
                                        United States Magistrate Judge