**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BARBARA FERNANDEZ,

               Plaintiff,

               -against-

CITY OF NEW YORK., et al.,

               Defendants.

------------------------------------------------------------x

21-CV-0680 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 115.

The parties' request to stay discovery is **GRANTED.** Discovery is hereby **STAYED** until **December 10, 2024,** without prejudice to further extensions.

The Clerk of Court is respectfully directed to close ECF 115.

**SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: November 1, 2024                          **Ona T. Wang**
        New York, New York                United States Magistrate Judge