UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                                        :

BARBARA FERNANDEZ, et al.,                 :

                        Plaintiffs,                  :                  21-CV-680 (JGLC) (OTW)

              -against-                   :                  **ORDER**

CITY OF NEW YORK, et al.,                   :

                        Defendants.                :

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 128, 129, 130, 131, and 132.

Plaintiffs' counsel is directed to file: (1) the parties' proposed settlement agreement, with redactions as appropriate in accordance with my Individual Practices and F.R.C.P. 5.2; and (2) billing records for work performed on this case, which may be filed under seal.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: April 21, 2025                              **Ona T. Wang**
       New York, New York                       United States Magistrate Judge