**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BARBARA FERNANDEZ, et al.,

                    Plaintiffs,                    21-CV-680 (OTW)

        -against-                         **ORDER**

CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 137.

Plaintiffs' counsel, Jenny Marashi, is directed to submit a proposed amended order setting out the modified attorneys' fees, costs, and settlement amounts to Zoe, E.O., and I.O. Counsel is encouraged to include a chart to aid in the Court's review.

The Clerk of Court is respectfully directed to close ECF 137.

**SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: April 30, 2025                  **Ona T. Wang**
       New York, New York          United States Magistrate Judge